UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETHAN JOHN FIELDS FERGUSON, ADMINISTRATOR<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:07-cv-3501<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**MEMORANDUM AND ORDER**

The Court has reviewed the Bankruptcy Court's Order Disqualifying Debtors' Attorneys in Case No. 03-32084-H5-7, et al. The Court has also reviewed the transcript of the hearing in such cases held on February 20, 2008.

Based on that review and on the Court's review of submissions in this case, the Court finds and holds that this case should be **REFERRED** to the Bankruptcy Court presiding over Case No. 03-32084-H5-7, et al.

IT IS SO ORDERED.

SIGNED this 29th day of February, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT